PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED

MAY 25 2017

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF TEXAS
<u>Houston</u> DIVISION

Tommy Willis T.D.C.J. NO. 794591
--------
Plaintiff's Name and ID Number

Estelle Unit, T.D.C.J. 264 FM 3478 RD, Huntsville, TX. 77320-3322
--------
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Sgt. Anthony Howard JR.,
Estelle Unit, 264 FM 3478 RD, Huntsville, TX. 77320-3322
--------
Defendant's Name and Address

SGT. Neil Hinson
Estelle Unit, 264 FM 3478 RD, Huntsville, TX. 77320-3322
--------
Defendant's Name and Address

COIII Gabriel Mendoza
Estelle Unit, 264 FM 3478 RD, Huntsville, TX 77320-3322
--------
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _x_ YES __ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __7-30-2010__
2. Parties to previous lawsuit:
   Plaintiff(s) __Tommy Willis__
   Defendant(s) __Captain LaCox, Nathaniel Quarterman, Warden Hirsh, Julia Ror, Griffin, Worthy Duff, Valentine, Nickerson, Chavous, Hill, Gerrald, Hinesman, Luna, Hutto, Neil Duff__
3. Court: (If federal, name the district; if state, name the county.) ~~Southern~~ EAST ern DIst., ~~Houston~~ Lufkin
4. Cause number: __9:10-cv-00108-JKG__
5. Name of judge to whom case was assigned: __M.J. Judith k. Guthrie__
6. Disposition: (Was the case dismissed, appealed, still pending?) __Dismissed__
7. Approximate date of disposition: __2-10-2012__

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Estelle Unit 264 FM 3478 RD, Huntsville, TX. 77320-3322

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   XXX YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Tommy Willis T.D.C.J. NO. 795491
Estelle Unit, 264 FM 3478 RD Huntsville, TX 77320-3322

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sgt Anthony Howard JR.
Estelle Unit, 264 FM 3478 RD Huntsville TX. 77320-3322
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Defendant Assaulted Plaintiff then denied him medical treatment

Defendant #2: Sgt Neil Hinson
Estelle Unit, 264 FM 3478 RD, Huntsville, TX. 77320-3322
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Defendant Assaulted Plaintiff then denied him medical treatment

Defendant #3: COIII Gabriel Mendoza
Estelle Unit 264 FM 3478 RD Huntsville TX. 77320-3322
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Defendant Assaulted Plaintiff then denied him medical treatment

Defendant #4: COII Jaime Ramirez
Estelle Unit, 264 FM 3478 RD Huntsville, TX 77320-3322
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Defendant Assaulted Plaintiff then denied him medical treatment

Defendant #5: COV Jim Pittcock
Estelle Unit, 264 FM 3478 RD Huntsville, TX. 77320-3322
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Defendant Assaulted Plaintiff then denied him medical treatment

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 1-14-16 at 7:30 am Sgt Howard came to my cell with another officer and handcuffed me and took me to A wing hallway. Once I was there Sgt Howard hit me and the door started to open and I ran for my own protection while still handcuffed. I ran into A wing, a confined space only to escape the assault. Once I was cornered in that space with no possible place to go, SGt called for other officers and they attacked me while I was handcuffed in force. Sgt Howard took my thumb and bent it backwards to the point of breaking. Sgt Hinson broke his hand in the assault on me. The other defendants listed acted in collusion with the Sgts to beat me. They then put me in a cell and refused to take me to medical for treatment of my injuries. Sgt Howard not only hit me with his fists, he hit me with his walkie talkie and hit me in the head with his handcuffs used as brass knuckles. The officers used excessive and un necessary force to apprehend me and detain me in a racial assault. I was incappable of resisting as during the whole assault I was fully restrained with handcuffs. I was as well incappable of going anywhere since the A wing area is fully contained. I was left to suffer and am permanetly injured as a result of the escessive force and medical indiference they showed.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am requesting that this case be brought to court for the jury to decide the case on its merits and a settlement be decided for this crime.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Tommy WIllis

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

795491

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  XX NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  XXX NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date warning was issued: _____

Executed on: May 20, 2017
DATE

Tommy Willis  794591
_(signature)_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __Twentieth__ day of __May__, 20__17__.
        (Day)              (month)            (year)

Tommy Willis  794591
_(signature)_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

5

United States Courts
Southern District of Texas
FILED

MAY 25 2017

David J. Bradley, Clerk of Court

```
THE      CLERK
OF   THE   COURT
FOR THE UNITED STATES DIST. CT.
FOR THE SOUTHER DISTRICT
OF HOUSTON
P.O. BOX 61010
Houston, Texas 77208
```

```
TOMMY   WILLIS
T. D. C. J.   NO. 794591
Estelle   Unit
264   FM   3478   RD
Huntsville,   TX.   77320-3322
```

United States Courts
Southern District of Texas
FILED

MAY 25 2017

David J. Bradley, Clerk of Court

LEGAL   MAIL

```
THE   CLERK
OF   THE   COURT
FOR THE UNITED STATES DIS
FOR THE SOUTHER DISTRICT
OF HOUSTON
P.O. BOX 61010
Houston, Texas 77208
```



CERTIFIED MAIL

7014 2870 0001 2581 8723

May 20, 2017

TO:
The Clerk Of The Court
In the United States District Court
For The Southern District of Houston, Texas
P.O. BOX 61010
Houston, Texas, 77208

FROM:
Tommy Willis, T.D.C.J. NO. 794591
Estelle Unit, T.D.C.J.
264 FM 3478 RD
Huntsville, TX. 77320-3322

RE: Legal Filings enclosed.

Dear Clerk,

Please file this 1983 Civil filing in the appropriate court for consideration and send me a file stamped copy.

Thank You,
Sincerely,
Tommy Willis, T.D.C.J. NO. 794591
Petitioner Pro-Se

United States Courts
Southern District of Texas
FILED

MAY 25 2017

David J. Bradley, Clerk of Court

1 of 1