IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:17CV1594

No. 19-20070

TOMMY WILLIS,

    Plaintiff - Appellant

v.

ANTHONY HOWARD, JR., Sergeant; NEIL HINSON, Sergeant; GABRIEL MENDOZA, COIII; UTMB AT GALVESTON; TDCJ-ID TRANSPORTATION,

    Defendants - Appellees

A True Copy
Certified order issued Mar 13, 2019

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

United States District Court
Southern District of Texas
FILED

MAR 1 3 2019

David J. Bradley, Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of March 13, 2019, pursuant to appellant's motion.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 13, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 19-20070    Tommy Willis v. Anthony Howard, Jr., et al
                     USDC No. 4:17-CV-1594

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Monica R. Washington, Deputy Clerk
                          504-310-7705

cc w/encl:     Mr. Christopher Lee Lindsey
                Mr. Tommy Willis