United States District Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Tommy Willis, | § | |
| Plaintiff, | § § § | |
| v. | § § | C.A. ACTION NO. H-17-1594 |
| Anthony Howard, | § § § | |
| Defendant. | § | |

### ORDER

As the jury was instructed to begin jury deliberations at 12:15 p.m.. on Friday, December 16, 2022, it is hereby

**ORDERED** that the Clerk of the Court will provide the jury with their lunch time meal on Friday, December 16, 2022.

SIGNED at Houston, Texas, this __19__ day of __Dec_____, 2022..

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

N:\WP51\FILES\CIVIL\JURYMEAL.LUN   221219.1047