United States District Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Tommy Willis, | § |
| Plaintiff, | § § § |
| v. | § § Civil Action No.: H-17-1594 |
| Anthony Howard, | § § § |
| Defendants. | § |

# FINAL JUDGMENT

As the jury has returned its verdict in favor of the Defendant, the Court hereby ORDERS that final judgment be entered in favor of the Defendant. This is a take nothing judgment. This is a FINAL JUDGMENT.

Signed at Houston, TX on the __16__ day of December, 2022.

_____
DAVID HITTNER
United States District Judge